# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BONNIE LANHAM;
GENEVIEVE WARREN;
MEAGAN O'ROURKE

        Plaintiff

  v.

                                                  Civil Action No. 4:23-cv-38

JOHN DOE, *TERMINATED: 02/23/2024*;
INDIANA BEACH HOLDINGS LLC;
STORE MASTER FUNDING VIII, LLC, *TERMINATED: 01/25/2023*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: <u>JUDGMENT IS ENTERED in favor of Defendant Indiana Beach Holdings LLC, and against Plaintiffs Bonnie Lanham, Genevieve Warren, Meagan O'Rourke.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P. Simon on defendant's motion for summary judgment.

DATE: 2/28/2024                                           CHANDA J. BERTA, CLERK OF COURT

                                                                               by   s/ S. Jarrell_____
                                                                              *Signature of Clerk or Deputy Clerk*